UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE: GITTO GLOBAL CORPORATION

CIVIL ACTION
NO. 05-10334-DPW

## ORDER ALLOWING MOTION TO STAY AND PROCEDURAL ORDER SETTING EXPEDITED BRIEFING SCHEDULE

WOODLOCK, D.J.

The Notice of Appeal having been filed and assigned **Civil Action No. 05-10334DPW** at the Clerk's Office, Boston, MA on February 18, 2005, and after hearing on February 22, 2005 regarding Motion to Stay Bankruptcy Court Order of 2/9/05;

IT IS HEREBY ORDERED that the motion to stay is allowed pending decision on merits except that disclosure can be made to the Official Committee of Unsecured Creditors of Gitto Global Corp, Lasalle Bank, Debtor, and the US Trustee (or any successor Trustee). Parties are under a protective order not to further disseminate this information;

IT IS FURTHER ORDERED that the Appellant(s) and any interested party who supports the position of the Appellant, file and serve a brief by **MARCH 2, 2005,** and the Appellee and any interested party who opposes the position of the Appellant, file and serve a brief by **MARCH 9, 2005.** The Appellant may file and serve a reply brief by **MARCH 14, 2005.** The record shall be filed by no later than **MARCH 14, 2005.** The Examiner shall file redacted and unredacted versions of the Examiner's Report by

**MARCH 2, 2005.** Hearing on Bankruptcy Appeal set for **MARCH 21, 2005 AT 2:30 P.M.** in Courtroom 1 on the third floor.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an ORDER dismissing the appeal.  Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for the Appellee to present his arguments.

                                         BY THE COURT,

                                         /s/ Michelle Rynne
                                         Deputy Clerk


DATE: February 22, 2005