

**STERN
SHAPIRO
WEISSBERG
& GARIN** LLP
attorneys at law

Max D. Stern
Jonathan Shapiro
Lynn G. Weissberg
Patricia Garin
Martin E. Levin
Kenneth M. Resnik
Lillian Hirales

March 2, 2005

**By Electonic Filing**

Michelle Rynne
Deputy Clerk
United States District Court
1 Courthouse Way
Boston, MA 02110

   Re: **Gary Gitto v. Worcester Telegram & Gazette Corp., et al.,
     No. 05-cv-10334-DPW**

Dear Ms. Rynne:

  Appellant's brief has been filed electronically this afternoon.

  Appellant will file the hard copy of the Appendix to the brief, along with a certificate of service and hard copies of the brief, tomorrow.

            Very truly yours,

            */s/ Max D. Stern*

            Max D. Stern

enclosures

cc: Charles L. Glerum, Esq.
   Jonathan M. Albano, Esq.
   Richard King, Esq.
   Peter J. Caruso, Esq.
   Charles Rankin, Esq.
   Juliane Balliro, Esq.

G:\SSWG\Gitto\Gitto-Global Bankruptcy\Impoundment Appeal\clerkltr1.wpd