UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: GITTO GLOBAL CORPORATION,<br>        Debtor.<br><br>GARY GITTO,<br><br>        Appellant,<br><br>v.<br><br>WORCESTER TELEGRAM & GAZETTE<br>CORP., MEDIANEWS GROUP, INC.,<br>CHARLES L. GLERUM, EXAMINER,<br>and PHOEBE MORSE, UNITED STATES<br>TRUSTEE,<br><br>        Respondents. | Case No. 05-10334-DPW |

**NOTICE OF APPEARANCE**

    Please enter our appearance on behalf of the interested parties, Brian Griggs and Nutmeg Tool Company, Inc., in the above-captioned matter.

                                            Respectfully submitted,
                                            BRIAN GRIGGS AND NUTMEG TOOL
                                            COMPANY, INC.

                                            By their attorneys,

                                            <u>/s/Norman S. Zalkind</u>
                                            Norman S. Zalkind (BBO# 538880)
                                            Elizabeth A. Lunt (BBO# 307700)
                                            65a Atlantic Ave.
                                            Boston, Massachusetts 02110
                                            (617) 742-6020

Dated: March 2, 2005