UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re GITTO GLOBAL CORPORATION,<br>      Debtor.<br><br>GARY GITTO,<br><br>      Appellant,<br><br>v.<br><br>WORCESTER TELEGRAM & GAZETTE CORP., MEDIANEWS GROUP, INC., CHARLES L. GLERUM, EXAMINER, and PHOEBE MORSE, UNITED STATES TRUSTEE,<br><br>      Appellees. | Case No. 05-10334-DPW |

**APPELLANT'S RESPONSE TO ORIX FINANCIAL SERVICES, INC.'S EMERGENCY MOTION FOR MODIFICATION OF ORDER ALLOWING MOTION TO STAY**

Appellant Gary Gitto has no objection to disclosure of the Examiner's report to Orix Financial Services, Inc. so long as under the protective order contained in this Court's February 22, 2005, order permitting disclosure to the Official Committee of Unsecured Creditors of Gitto Global Corporation, LaSalle Bank, Debtor, and the U.S. Trustee.

Respectfully submitted,

/s/ Max D. Stern
Max D. Stern
BBO No. 479560
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114

Dated: March 7, 2005

G:\SSWG\Gitto\Gitto-Global Bankruptcy\Response to Orix.wpd