UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **GITTO GLOBAL CORPORATION,** <br><br> DEBTOR. | CHAPTER 11 <br> Case No. 04-45386 JBR |
| GARY GITTO, <br><br> Appellant, <br><br> v. <br><br> WORCESTER TELEGRAM & GAZETTE CORP., MEDIANEWS GROUP, INC., CHARLES L. GLERUM, EXAMINER, and PHOEBE MORSE, UNITED STATES TRUSTEE <br><br> Appellees. | **APPEAL** <br> **No. 05-cv-10334 DPW** |

### MOTION TO FILE SUPPLEMENTAL APPENDIX OF APPELLEE WORCESTER TELEGRAM AND GAZETTE CORPORATION

Appellee Worcester Telegram & Gazette Corporation hereby moves to file a Supplemental Appendix. As grounds for its motion, Appellee states as follows:

1. Federal Rule of Bankruptcy 8009 states that "[a]n appellee may also serve and file an appendix which contains materials required to be included by the appellant but omitted by appellant."

2. Appellant Gary Gitto filed a record appendix with their brief on appeal that inadvertently omitted parts of the record that Appellee believes the Court will consider in

LITDOCS/592071.1

deciding the appeal, including relevant motions by the Examiner and Official Committee of Unsecured Creditors for Rule 2004 examinations.

3. Appellee also seeks leave to file copies of news articles concerning Appellant and the Debtor, Gitto/Global Corporation, which Appellee cited to in its Memorandum of Intervenor/Plaintiff Worcester Telegram & Gazette Corporation in Support of Motion for Public Access to Examiner's Report, its Opposition to Gary Gitto's Motion to Stay Pending Appeal, as well as the Appellee's Brief submitted herewith.

3. The Court may take judicial notice of the newspaper articles. Flynn v. Hubbard, 782 F.2d 1084, 1087 n. 1 (1st Cir. 1986); Teradi v. Mylan Labs., Inc., 230 F.3d 549, 598 n. 2 (3d Cir. 2000).

WHEREFORE, Appellee Worcester Telegram & Gazette Corporation moves for leave to file the Supplemental Appendix submitted manually herewith.

**WORCESTER TELEGRAM & GAZETTE CORPORATION,**

By its attorneys,

/s/ Aaron M. Wais

Jonathan M. Albano, BBO #013850
Rachael Splaine Rollins BBO # 641972
Aaron M. Wais, BBO #651445
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: March 9, 2005

## CERTIFICATE OF SERVICE

I, Aaron M. Wais, do hereby certify that on this 9th day of March, 2005, I caused copies of the foregoing **MOTION TO FILE SUPPLEMENTAL APPENDIX OF APPELLEE WORCESTER TELEGRAM & GAZETTE CORPORATION** to be served electronically and via overnight mail on the foregoing parties:

Max D. Stern
Stern, Shapiro, Weissberg & Garin
Suite 500
90 Canal Street
Boston, MA 02114
Fax: 617-742-5858

Robert M. Buchanan, Jr.
Lisa E. Herrington
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109
Fax: 617-248-4000

Charles W. Rankin
Rankin & Sultran
One Commercial Wharf North
Boston, MA 02110

Michael J. Fencer
Jager Smith, P.C.
One Financial Center
4th Floor
Boston, MA 02111

Jeffrey D. Sternklar
Duane Morris LLP
470 Atlantic Ave., Suite 500
Boston, MA 02110

Peter J. Caruso
Caruso & Caruso, LLP
One Elm Square
Andover, MA 01810
Fax: 978-475-1001

Richard T. King
Office of the U.S. Trustee
Suite 200
600 Main Street
Worcester, MA 01608
Fax: 508-793-0558

Lisa D. Tingue
Office of the United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608
Fax: 508-793-0558

Richard E. Gentilli
Bartlett, Hackett, Feinberg
10 High Street
Suite 920
Boston, MA 02110

Norman S. Zalkind
65a Atlantic Ave.
Boston, MA 02110

                    /s/ Aaron M. Wais
                    Aaron M. Wais