UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **GITTO GLOBAL CORPORATION,** <br><br> DEBTOR. | CHAPTER 11 <br> Case No. 04-45386 JBR |
| GARY GITTO, <br><br> Appellant, <br><br> v. <br><br> WORCESTER TELEGRAM & GAZETTE CORP., MEDIANEWS GROUP, INC., CHARLES L. GLERUM, EXAMINER, and PHOEBE MORSE, UNITED STATES TRUSTEE <br><br> Appellees. | **APPEAL** <br> **No. 05-cv-10334 DPW** |

**NOTICE OF FILING WITH CLERK'S OFFICE BY APPELLEE**
**WORCESTER TELEGRAM & GAZETTE CORPORATION**

Pursuant to Section M(3) of the General Order Regarding Electronic Case Filing of the United States District Court for the District of Massachusetts, dated September 2, 2003, Worcester Telegram & Gazette Corporation hereby gives notice that the Supplemental Appendix of Appellee Worcester Telegram & Gazette Corporation has been manually filed with the Court and is available in paper form only. A copy has also been served on counsel for each of the parties as set forth in the attached Certificate of Service.

The original version of the Supplemental Appendix will be maintained in the case file in the Clerk's Office.

LITDOCS/592130.1

        WORCESTER TELEGRAM &
        GAZETTE CORPORATION,

        By its attorneys,

        /s/ Aaron M. Wais

        Jonathan M. Albano, BBO #013850
        Rachael Splaine Rollins BBO # 641972
        Aaron M. Wais, BBO #651445
        **BINGHAM MCCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110-1726
Dated: March 9, 2005       (617) 951-8000

## CERTIFICATE OF SERVICE

    I, Aaron M. Wais, do hereby certify that on this 9th day of March, 2005, I caused copies of the foregoing **NOTICE OF FILING WITH CLERK'S OFFICE OF APPELLEE WORCESTER TELEGRAM & GAZETTE CORPORATION** to be served electronically and via overnight mail on the foregoing parties:

Max D. Stern
Stern, Shapiro, Weissberg & Garin
Suite 500
90 Canal Street
Boston, MA 02114
Fax: 617-742-5858

Robert M. Buchanan, Jr.
Lisa E. Herrington
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109
Fax: 617-248-4000

Charles W. Rankin
Rankin & Sultran
One Commercial Wharf North
Boston, MA 02110

Michael J. Fencer
Jager Smith, P.C.
One Financial Center
4th Floor
Boston, MA 02111

Jeffrey D. Sternklar
Duane Morris LLP
470 Atlantic Ave., Suite 500
Boston, MA 02110

Peter J. Caruso
Caruso & Caruso, LLP
One Elm Square
Andover, MA 01810
Fax: 978-475-1001

Richard T. King
Office of the U.S. Trustee
Suite 200
600 Main Street
Worcester, MA 01608
Fax: 508-793-0558

Lisa D. Tingue
Office of the United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608
Fax: 508-793-0558

Richard E. Gentilli
Bartlett, Hackett, Feinberg
10 High Street
Suite 920
Boston, MA 02110

Norman S. Zalkind
65a Atlantic Ave.
Boston, MA 02110

                                                /s/ Aaron M. Wais
                                                  Aaron M. Wais