UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **GITTO GLOBAL CORPORATION,** <br><br> DEBTOR. | CHAPTER 11 <br> Case No. 04-45386 JBR |
| GARY GITTO, <br><br> Appellant, <br><br> v. <br><br> WORCESTER TELEGRAM & GAZETTE CORP., MEDIANEWS GROUP, INC., CHARLES L. GLERUM, EXAMINER, and PHOEBE MORSE, UNITED STATES TRUSTEE <br><br> Appellees. | **APPEAL** <br> **No. 05-cv-10334 DPW** |

### MOTION TO FILE CORRECTED BRIEF OF APPELLEE WORCESTER TELEGRAM AND GAZETTE CORPORATION

Appellee Worcester Telegram & Gazette Corporation hereby moves to file a Corrected Brief in order to correct items in the Brief's Table of Authorities and to correct certain non-substantive typographical errors. The proposed edits to the text of the brief are set forth in the Errata Sheet attached hereto as Exhibit A.

Counsel apologizes for any inconvenience caused by this request, but believes that the Corrected Brief will facilitate review by the Court and by the parties hereto. No additional arguments or case law have been added to the Corrected Brief.

LITDOCS/592282.1

WHEREFORE, Appellee Worcester Telegram & Gazette Corporation respectfully moves for leave to file the Corrected Brief submitted herewith.

                                      **WORCESTER TELEGRAM & GAZETTE CORPORATION,**

                                      By its attorneys,

                                      /s/ Aaron M. Wais

                                      _____

                                      Jonathan M. Albano, BBO #013850
                                      Rachael Splaine Rollins BBO # 641972
                                      Aaron M. Wais, BBO #651445
                                      **BINGHAM MCCUTCHEN LLP**
                                      150 Federal Street
                                      Boston, MA  02110-1726
                                      (617) 951-8000

Dated: March 10, 2005

## CERTIFICATE OF SERVICE

I, Aaron M. Wais, do hereby certify that on this 10th day of March, 2005, I caused copies of the foregoing **MOTION TO FILE CORRECTED BRIEF OF APPELLEE WORCESTER TELEGRAM & GAZETTE CORPORATION** to be served electronically and via overnight mail on the foregoing parties:

Max D. Stern
Stern, Shapiro, Weissberg & Garin
Suite 500
90 Canal Street
Boston, MA 02114
Fax: 617-742-5858

Robert M. Buchanan, Jr.
Lisa E. Herrington
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109
Fax: 617-248-4000

Charles W. Rankin
Rankin & Sultran
One Commercial Wharf North
Boston, MA 02110

Michael J. Fencer
Jager Smith, P.C.
One Financial Center
4th Floor
Boston, MA 02111

Jeffrey D. Sternklar
Duane Morris LLP
470 Atlantic Ave., Suite 500
Boston, MA 02110

Peter J. Caruso
Caruso & Caruso, LLP
One Elm Square
Andover, MA 01810
Fax: 978-475-1001

Richard T. King
Office of the U.S. Trustee
Suite 200
600 Main Street
Worcester, MA 01608
Fax: 508-793-0558

Lisa D. Tingue
Office of the United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608
Fax: 508-793-0558

Richard E. Gentilli
Bartlett, Hackett, Feinberg
10 High Street
Suite 920
Boston, MA 02110

Norman S. Zalkind
65a Atlantic Ave.
Boston, MA 02110

                                         /s/ Aaron M. Wais
                                         Aaron M. Wais

# EXHIBIT A

LITDOCS/592282.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>**GITTO GLOBAL CORPORATION,**<br><br>DEBTOR.<br><br>———<br><br>GARY GITTO,<br><br>     Appellant,<br><br>v.<br><br>WORCESTER TELEGRAM & GAZETTE CORP., MEDIANEWS GROUP, INC., CHARLES L. GLERUM, EXAMINER, and PHOEBE MORSE, UNITED STATES TRUSTEE<br><br>     Appellees. | CHAPTER 11<br>Case No. 04-45386 JBR<br><br><br><br><br><br><br>**APPEAL**<br>**No. 05-cv-10334 DPW** |

**ERRATA SHEET FOR CORRECTED BRIEF OF APPELLEE**
**WORCESTER TELEGRAM AND GAZETTE CORPORATION**

Please note the following changes that have been made to the Corrected Brief of Appellee Worcester Telegram & Gazette Corporation:

1. Page 3, footnote 2, last line: the text "or sought leave to file their brief on March 6, 2005" was deleted.

2. Page 8, line 11: the citation was changed to "11 U.S.C. § 107(b)(1) & (2)".

3. Page 10, § C, line 13: the word "be" was added.

4. Page 14, line 8: the word "court" was added and the word "an" was deleted.

5. Page 17, last line: the text "(Bankr. D. Mass. 1985)" was deleted.

LITDOCS/592282.1

6.      Page 18, the citation for the blocked text was changed to "A.A. 94".

7.      Page 20, line 22: the citation was changed to "Mu'Min v. Virginia, 500 U.S. 415, 431-32 (1991)".

8.      Page 21, line 19: the citation was changed to "Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555, 596 (1980) (Brennan, J., concurring)".

9.      Page 22, § F, line 5: the citation was changed to "Richmond Newspapers, 448 U.S. at 589 (Brennan, J., concurring)".

10.     Page 24, line 2: the citation was changed to "See Nixon, 453 U.S. at 597".

11.     Page 24, line 15: the citation was changed to "Standard Financial Management, 830 F.2d at 410".

12.     Page 24, line 21, the citation was changed to "Amodeo II, 71 F.3d at 1048".

13.     Page 24, footnote 14: the citations were changed to "Standard Financial Management, 830 F.2d at 408," and "Bank of America National Trust and Savings Ass'n v. Hotel Rittenhouse Assoc., 800 F.2d 339, 343 (3d Cir. 1986)".

14.     Page 25, line 16: the citation was changed to "Globe Newspaper, 457 U.S. at 605 n. 13".

15.     Page 26, first line: the citation was changed to "Globe Newspaper, 457 U.S. at 607 n. 19, 610".

/s/ Aaron M. Wais
_____
Aaron M. Wais