05-10334

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Gitto Global Corporation | Chapter 7<br>Bankruptcy Case 04-45386<br>Judge Joel B. Rosenthal |

## CLERK'S CERTIFICATION FOR TRANSMITTAL
## OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **04-45386**.

**IN TESTIMONY WHEREOF**, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER, IN THE DISTRICT OF MASSACHUSETTS, THIS 29th DAY OF MARCH.

Date: 3/29/05

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

David Corchado

Deputy Clerk
(508) 770-8905

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this 29th day of March, 2005.

This case has been assigned No. 05-40057.

DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Gitto Global Corporation | Chapter<br>04-45386<br>Judge Joel B. Rosenthal |

## NOTICE OF FILING OF APPEAL TO DISTRICT COURT

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **FEBRUARY 15, 2005** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

1. Notice of Appeal, or
2. Entry of an Order granting leave to appeal, or
3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later**.

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty-five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date:2/16/05

James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

David Corchado
Deputy Clerk
(508) 770-8905



## Certificate of Service

1. District/Off: 0101-4        User: sas                                          Date printed: 1/28/2004

Case: 04-45386        Form ID: pdf012        Total: 6

| | | | | |
|---|---|---|---|---|
| aty | David M. Nickless Esq. | Nickless & Phillips, PC | 495 Main St. | Fitchburg, MA 01420 |
| aty | Melissa G. Liazos | Bingham McCutchen LLP | 150 Federal St. | Boston, MA 02110 |
| aty | Peter J. Caruso | Caruso & Caruso, LLP | One Elm Sq. | Andover, MA 01810 |
| aty | Lisa E. Herrington | Choate Hall & Stewart | 53 State St., Exchange Place | Boston, MA 02109 |
| aty | Michael Fencer | Jager Smith, PC | One Financial Center | Boston, MA 02111 |
| aty | Lisa D. Tingue | Office of the US Trustee | 446 Main St., 14th Floor | Worcester, MA 01608 |
| aty | Max Stern | Stern Shapiro Weissberg & Garin, LLP | 90 Canal St., Suite 500 | Boston, MA 02114 |

05-10334

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re GITTO GLOBAL CORPORATION,<br>Debtor.<br><br>GARY GITTO,<br><br>    Appellant,<br><br>    v.<br><br>WORCESTER TELEGRAM & GAZETTE<br>CORP., MEDIANEWS GROUP, INC.,<br>CHARLES L. GLERUM, EXAMINER,<br>and PHOEBE MORSE, UNITED STATES<br>TRUSTEE,<br><br>    Respondents. | Chapter 11<br>Case No. 04-45386-JBR |

## AMENDED NOTICE OF APPEAL

Gary Gitto, the appellant, appeals under 28 U.S.C. § 158(a) from the order of the bankruptcy judge, Joel B. Rosenthal, entered in this adversary proceeding on the 9th day of February 2005.

The names of all parties to the order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

Worcester Telegram & Gazette Corporation

Melissa G Liazos, Esq.
Bingham McCutchen LLP
150 Federal St.
Boston, MA 02110
(617)-951-8000

| | |
|---|---|
| MediaNews Group, Inc. | Peter J. Caruso, Esq.<br>Caruso & Caruso, LLP<br>One Elm Square<br>Andover, MA 01810<br>(978)-475-2200 |
| Charles L. Glerum, Examiner | Lisa E. Herrington, Esq.<br>Choate, Hall & Stewart<br>53 State Street Exchange Place<br>Boston, MA 02109<br>(617) 248-5021 |
| Phoebe Morse, U.S. Trustee | Richard T. King, Esq.<br>Lisa D. Tingue, Esq.<br>Office of the U.S. Trustee<br>446 Main Street<br>14th floor<br>Worcester, MA 01608<br>(508) 793-0555 |

Respectfully submitted,

Dated: February 16, 2005

　　　/S/  David M. Nickless
David M. Nickless, Esq.
Nickless & Phillips, PC
495 Main Street
Fitchburg, MA 01420
BBO No. 371920
(978) 342-4590
dnickless.nandp@verizon.net


　　　/S/  Max D. Stern
Max D. Stern, Esq.
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114
BBO No. 479560
(617) 742-5800
mdstern@sswg.com

2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re GITTO GLOBAL CORPORATION,<br>Debtor.<br><br>GARY GITTO,<br><br>Appellant,<br><br>v.<br><br>WORCESTER TELEGRAM & GAZETTE<br>CORP., MEDIANEWS GROUP, INC.,<br>CHARLES L. GLERUM, OFFICIAL<br>COMMITTEE OF UNSECURED<br>CREDITORS, and RICHARD T. KING,<br><br>Respondents. | Chapter 11<br>Case No. 04-45386-JBR |

### NOTICE OF APPEAL

Gary Gitto, the appellant, appeals under 28 U.S.C. § 158(a) from the order of the bankruptcy judge, Joel B. Rosenthal, entered in this adversary proceeding on the 9th day of February 2005.

The names of all parties to the order appealed from and the names, address, and telephone numbers of their respective attorneys are as follows:

Worcester Telegram & Gazette Corporation

Melissa G Liazos
Bingham McCutchen LLP
150 Federal St.
Boston, MA 02110
617-951-8000

| | |
|---|---|
| MediaNews Group, Inc. | Peter J. Caruso Caruso & Caruso, LLP One Elm Square Andover, MA 01810 978-475-2200 |
| Charles L. Glerum | Lisa E. Herrington Choate, Hall & Stewart 53 State Street Exchange Place Boston, MA 02109 (617) 248-5021 |
| Creditors' Committee | Michael J. Fencer Jager Smith, PC One Financial Center Boston, MA 02111 (617) 951-0500 |
| Richard T. King | Lisa D. Tingue Office of the U.S. Trustee 446 Main Street, 14th fl Worcester, MA 01608 (508) 793-0555 |
| Dated: February 15, 2005 | Respectfully submitted, |

/S/ David M. Nickless
David M. Nickless, Esq.
Nickless & Phillips, PC
495 Main Street
Fitchburg, MA 01420
BBO No. 371920
(978) 342-4590
dnickless.nandp@verizon.net

/S/ Max D. Stern
Max D. Stern, Esq.
Stern, Shapiro, Weissberg
& Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114
BBO No. 479560
(617) 742-5800
mdstern@sswg.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re GITTO GLOBAL CORPORATION,<br>Debtor.<br><br>GARY GITTO,<br><br>Appellant,<br><br>v.<br><br>WORCESTER TELEGRAM & GAZETTE<br>CORP., MEDIANEWS GROUP, INC.,<br>CHARLES L. GLERUM, EXAMINER,<br>and PHOEBE MORSE, UNITED STATES<br>TRUSTEE,<br><br>Respondents. | Chapter 11<br>Case No. 04-45386-JBR<br><br><br><br><br><br>Bankruptcy Appeal<br>Case No. 05-cv-10334-DPW |

### DESIGNATION OF THE RECORD ON APPEAL

The appellant, Gary Gitto, hereby submits the following designated documents to be included in the record on appeal:

1. Chapter 11 Voluntary Petition filed by Gitto Global Corporation (September 24, 2004)

2. Application for Order Authorizing Employment and Retention of Argus Management Corporation as Financial Advisors for the Debtor and Debtor in Possession and Affidavit of Thomas Doherty in Support of Application for Order Authorizing Employment and Retention of Argus Management Corporation as Financial Advisors for the Debtor and Debtor in Possession (September 30, 2004)

3. Motion of the United States Trustee to Appoint a Chapter 11 Trustee (October 7, 2004)

4. Order on Motion of the United States Trustee to Appoint a Chapter 11 Trustee, or, in the Alternative, to Appoint an Examiner Pursuant to 11 U.S.C. § 1104©)(2) (October 14, 2004)

5. Application For and Certificate of Appointment of Chapter 11 Examiner

(October 15, 2004)

6. Order Allowing Application For and Certificate of Appointment of Chapter 11 Examiner (October 19, 2004)

7. Motion by Debtor to Sell Substantially All Assets by Private Sale, Free and Clear of Liens, Claims, Encumbrances and Interests, and For Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases (November 5, 2004)

8. Examiner's Report With Respect to Sale Hearing (December 6, 2004)

9. Counter Offer For Debtor's Assets (December 6, 2004)

10. Examiner's Amended Motion to Submit Under Seal and Have Impounded the Examiner's Preliminary Report (December 8, 2004)

11. Order allowing Examiner's Amended Motion to Submit Under Seal and Have Impounded the Examiner's Preliminary Report (December 9, 2004)

12. Order Approving the Motion by Debtor to Sell Assets by Private Sale, Free and Clear of Liens, Claims, Encumbrances and Interests, and For Authority to Assume and Assign Certain Executory Contracts and Unexpired Leases (December 10, 2004)

13. Memorandum of Intervenor/Plaintiff Worcester Telegram & Gazette Corporation in Support of Motion for Public Access to Examiner's Report (December 23, 2004)

14. United States Trustee's Motion to Convert Proceeding to a Case Under Chapter 7 of the Code Pursuant to 11 U.S.C. § 1112(b) (January 4, 2005)

15. Examiner's Opposition to Motion of Intervenor/Plaintiff Worcester Telegram & Gazette Corporation to Gain Public Access to Examiner's Report (January 5, 2005)

16. Order Regarding Report of Chapter 11 Examiner (January 5, 2005)

17. Response by Debtor to Motion of United States Trustee to Convert Proceeding to a Case Under Chapter 7 of the Code (January 11, 2005)

18. Motion of Gary Gitto to Seal Portions of Examiner's Report and Exhibits and Memorandum in Support of Gary Gitto's Motion to Seal Portions of Examiner's Report and Exhibits (January 25, 2005)

19. Opposition of Intervenor/Plaintiff Worcester Telegram & Gazette Corporation to Motions to Seal the Report, or Portions Thereof, of the Chapter 11 Examiner (February 1,

2005)

20. Objection to Motions to Seal or Redact All or Part of the Examiner's Report by MediaNews Group, Inc. (Sentinel & Enterprise Newspaper) (February 1, 2005)

21. Examiner's Response to Motion of United States Trustee to Convert to a Case Under Chapter 7 of the Code (February 8, 2005)

22. Further Order Regarding Report of Chapter 11 Examiner (February 9, 2005)

23. Memorandum of Decision with Respect to Further Order Regarding Report of Chapter 11 Examiner (February 9, 2005)

24. Appellant's Amended Notice of Appeal (February 15, 2005)

25. Appellant's Statement of Election (February 15, 2005)

26. Appellant's Motion for Stay of Order (February 15, 2005)

27. Order denying Appellant's Motion for Stay of Order (February 15, 2005)

Dated: February 25, 2005

Respectfully submitted,

/S/  David M. Nickless
David M. Nickless, Esq.
Nickless & Phillips, PC
495 Main Street
Fitchburg, MA 01420
BBO No. 371920
(978) 342-4590
dnickless.nandp@verizon.net

/S/  Max D. Stern
Max D. Stern, Esq.
Stern, Shapiro, Weissberg & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114
BBO No. 479560
(617) 742-5800
mdstern@sswg.com

3