UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
IN RE GITTO GLOBAL              )
CORPORATION,                    )
                                )
         Debtor,                )
_____ )
                                )
GARY GITTO, CHARLES GITTO,      )
and TRADEX CORPORATION,         )
                                )
         Appellants,            )
                                )   CIVIL ACTION NOS.
     v.                         )   05-10334-DPW
                                )   05-10532-DPW
WORCESTER TELEGRAM & GAZETTE,   )
CORP.; MEDIANEWS GROUP, INC.;   )
CHARLES L. GLERUM, EXAMINER;    )
and PHOEBE MORSE, UNITED        )
STATES TRUSTEE,                 )
                                )
         Appellees.             )
_____ )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

   In accordance with the Court's Memorandum and Order issued May 2, 2005, affirming the decision of the Bankruptcy Court, the above captioned matter is hereby DISMISSED.

                                        BY THE COURT,

                                        /s/ Michelle Rynne
                                        Deputy Clerk

DATE:     May 2, 2005