UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE GITTO GLOBAL                  )
CORPORATION,                        )
                                    )
          Deptor,                   )
_____ )
                                    )
GARY GITTO, CHARLES GITTO,          )
and TRADEX CORPORATION,             )
                                    )
          Appellants,               )
                                    )   CIVIL ACTION NOS.
     v.                             )   05-10334-DPW
                                    )
WORCESTER TELEGRAM & GAZETTE,       )
CORP., MEDIANEWS GROUP, INC.,       )
CHARLES L. GLERUM, EXAMINER,        )
and PHOEBE MORESE, UNITED STATES    )
TRUSTEE,                            )
                                    )
          Appellees.                )
_____ )

## NOTICE OF APPEAL

Appellant, Gary Gitto, hereby notices his appeal from the Memorandum and Order and the Order of Dismissal, entered on May 2, 2005.

Respectfully submitted,
/s/ *Max D. Stern*
Max D. Stern
BBO No. 479560
Lillian Hirales
BBO No. 652698
Stern, Shapiro, Weissberg
 & Garin, LLP
90 Canal Street, Suite 500
Boston, MA 02114

Dated:  May 4, 2005.
G:\SSWG\Gitto\Gitto-Global Bankruptcy\Impoundment Appeal\NOTICE OF APPEAL.wpd