UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
IN RE GITTO GLOBAL                          )
CORPORATION,                                )
                                            )
       Debtor,                              )
_____)
                                            )
GARY GITTO, CHARLES GITTO,                  )
and TRADEX CORPORATION,                     )
                                            )
       Appellants,                          )
                                            )  CIVIL ACTION NOS.
    v.                                     )  05-10334-DPW
                                            )
WORCESTER TELEGRAM & GAZETTE,               )
CORP., MEDIANEWS GROUP, INC.,               )
CHARLES L. GLERUM, EXAMINER,                )
and PHOEBE MORESE, UNITED STATES            )
TRUSTEE,                                    )
                                            )
       Appellees.                           )
_____)

**APPELLANT GARY GITTO'S MOTION FOR PARTIAL
RECONSIDERATION OF MOTION FOR FURTHER STAY**

      The Court has denied appellant Gary Gitto's motion for further stay, in which he sought to extend the stay by one week. Appellant now requests reconsideration of that motion only to the extent of requesting that the stay be extended until **Tuesday, May 10, 2005 at 5:00 p.m**

                                      Respectfully submitted,

                                      /s/ *Max D. Stern*
                                      Max D. Stern
                                      BBO No. 479560
                                      Lillian Hirales
                                      BBO No. 652698
                                      Stern, Shapiro, Weissberg
                                       & Garin, LLP
                                      90 Canal Street, Suite 500
Dated: May 5, 2005                        Boston, MA 02114