# United States Court of Appeals
## For the First Circuit

---

No. 05-1658

IN RE: GITTO GLOBAL CORPORATION,

Debtor,

---

GARY GITTO,

Appellant,

v.

WORCESTER TELEGRAM & GAZETTE CORPORATION, ET AL.

Appellees.

No. 05-1666                                              05-10532

IN RE:  GITTO GLOBAL CORPORATION,

Debtor,

---

CHARLES GITTO, ET AL.,

Appellants,

v.

WORCESTER TELEGRAM & GAZETTE CORPORATION, ET AL.,

Appellees.

---

Before

Boudin, Chief Judge,
Torruella and Lipez,
Circuit Judges.

ORDER OF COURT

Entered: May 10, 2005

The motion for a stay pending appeal is <u>allowed</u>. We expedite these appeals on our own initiative. Appellants shall file their briefs by May 20, 2005. Appellees shall file their briefs by June 2, 2005. Any reply briefs shall be filed by June 6, 2005. Oral argument will be heard on June 10, 2005. No extensions will be allowed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
          Chief Deputy Clerk.

[certified copies to: Hon. Douglas P. Woodlock; Hon. Joel B. Rosenthal; Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts; Jim Lynch, Clerk, United States Bankruptcy Court for the District of Massachusetts]

[cc: Jonathan M. Albano, Esq., Juliane Balliro, Esq., Robert M. Buchanan, Jr., Esq., Peter J. Caruso, Esq., Michael J. Fencer, Esq., Richard E. Gentilli, Esq., Lisa E. Herrington, Esq., Lillian M. Hirales, Esq., Lori J. Holik, Esq., Richard T. King, Esq., Paul A. Leoni, Esq., Melissa Georgia Liazos, Esq., David M. Nickless, Esq., Charles W. Rankin, Esq., Max D. Stern, Esq., Lisa D. Tingue, Esq., Aaron M. Wais, Esq. and M. Ellen Carpenter, Esq.]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: *S. Pedramini*   Date: 5-10-05