UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: **Gary Gitto v. Worcester Telegram & Gazette Corp., et al.**

District Court Case No.: **05-10334**  District of: **Massachusetts**

Date Notice of Appeal filed: **MAY 4, 2005**  Court of Appeals Case No.: **05-1658**

Form filed on behalf of: **Gary Gitto**

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter: **Pamela Owens**

Phone Number of Reporter: **(617) 443-0008**

A. **XX** This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☒ Other (specify) **appeal hearing** | **March 21, 2005** |

NOTE: Failure to specify in adequate detail those proceedings to be transcribed may lead to the rejection of this form and the dismissal of the appeal.

B. **XX** I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☒ Private funds.
☐ Government expense (civil case). IFP has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: **Max D. Stern**  Filer's Signature: _(signed)_

Firm/Address: **Stern, Shapiro, Weissberg & Garin, LLP, 90 Canal Street, 5th Fl., Boston, MA 02114**

Telephone number: **(617) 742-5800**  Date mailed to court reporter: **May 12, 2005**

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (3/1/04)  SEE INSTRUCTIONS ON REVERSE

## CERTIFICATE OF SERVICE

I, Lillian Hirales, hereby certify that on the 12th of May 2005, I caused true and accurate copies of the Transcript Order Form to be served upon the following parties by U.S. mail:

Jonathan Albano, Esq.
Aaron M. Wais, Esq.
Bingham & McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorneys for Worcester Telegram & Gazette*

Charles L. Glerum, Esq.
Robert M. Buchanan, Esq.
Lisa E. Herrington, Esq.
Choate, Hall & Stewart, LLP
Exchange Place
53 State Street
Boston, MA 02109
*Chapter 11 Examiner*

Peter J. Caruso, Esq.
Caruso & Caruso, LLP
One Elm Square
Andover, MA 01810
*Attorneys for MediaNews Group*

Richard T. King, Esq.
Lisa J. Tingue, Esq.
Office of the United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608
*Office of the United States Trustee*

/s/ Lillian Hirales
Lillian Hirales

G:\SSWG\Gitto\Gitto-Global Bankruptcy\Impoundment Appeal\1Cir Appeal\certificate of service.transcript.wpd